# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| BLUE WATER AUTONOMY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-936C |
| | ) | |
| v. | ) | Judge Hadji |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Blue Water Autonomy, Inc. ("Blue Water"), respectfully provides this notice that, in light of the Government's agreement to enter into a voluntary stay as set forth in the motion filed today, ECF No. 16, Blue Water hereby withdraws its motion for preliminary injunction, ECF No. 5, without prejudice to any argument on jurisdiction or the merits and reserving all rights to re-move for preliminary injunctive relief in the future if, by the Navy's actions, circumstances warrant such relief, and without prejudice to Blue Water's request for permanent injunctive relief.

Dated: July 2, 2026

Respectfully submitted,

*s/ Alexander O. Canizares*
Alexander O. Canizares
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6581
Facsimile: (202) 639-6604
Email: acanizares@velaw.com

*Counsel for Blue Water Autonomy, Inc.*