**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

|  |  |  |
|---|---|---|
| BLUE WATER AUTONOMY, INC., et al., | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | **Nos. 26-936, 26-944** |
| THE UNITED STATES, | ) ) | **Judge Hadji** |
| *Defendant.* | ) ) ) | |

## SARONIC TECHNOLOGIES, INC.'S MOTION TO INTERVENE

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), Saronic Technologies, Inc. ("Saronic") respectfully moves to intervene in the above-captioned case. Saronic was selected under Solicitation No. N00024-26-R-6326 issued by the United States Department of the Navy, Portfolio Acquisition Executive for Robotic and Autonomous Systems. Saronic is therefore entitled to intervene as a matter of right pursuant to RCFC 24. Saronic should also be permitted to intervene for the reasons set forth in the accompanying Memorandum in Support of Saronic Technologies, Inc.'s Motion to Intervene.

Counsel for Defendant, the United States, has represented that he does not oppose this motion. Counsel for Plaintiff Blue Water Autonomy, Inc. and Plaintiff Saildrone, Inc. have represented that they oppose this Motion.

Respectfully submitted,

s/ Jon W. Burd
Jon W. Burd
WILEY REIN LLP
2050 M Street, N.W.
Washington, DC  20036
jburd@wiley.law
Tel.: (202) 719-7172
Fax: (202) 719-7049

*Of counsel:*
Cara L. Sizemore

Dated:  July 27, 2026

*Counsel of Record for*
*Saronic Technologies, Inc.*