# EXHIBIT 1

# Solicitation Guidance– MUSV – N00024-26-R-6326

## SECTION 1 – INTRODUCTION

### 1.1 Background and Authority

PAE RAS is seeking to accelerate the design, development, and demonstration of Medium Unmanned Surface Vessels (MUSV). MUSVs must provide autonomous carrying capacity of containerized payloads while possessing the attributes defined herein. MUSVs may be new construction and/or converted vessels.

The primary purpose of this solicitation is to award a prototype other transaction (OT) agreement pursuant to 10 U.S.C. §4022 to one or more offerors to perform an MUSV autonomy and vessel performance test.

PAE RAS intends to use Other Transaction Authority (OTA) under the authority of 10 U.S.C. §4022 to partner with one or more industry participants that meet one of the conditions of 10 U.S.C. §4022 (d).

### 1.2 Procedure

This solicitation is seeking proposals for technically mature solutions that satisfy the vessel and autonomy performance requirements set forth herein and for those solutions to complete an MUSV autonomy and vessel performance test by the end of fiscal year 2026.

This document outlines the competitive procedures to submit a response to this solicitation.

The competitive procedures consist of two-phases as follows:

Phase 1: Proposals submitted in response to this document (solicitation guidance) shall be submitted as specified in Section 3 of this document. The Government will evaluate proposals against the criteria as specified in Section 4 of this document.

Phase 2: Those companies whose proposals are evaluated to be of merit may be selected for potential award of a prototype OT and invited to negotiate the terms of a prototype OT agreement governing the prototype project.

The Government will not pay companies for costs associated with Phase 1 and 2.

For companies who are selected for a potential award for a prototype OT agreement, the prototype OT agreement work will consist of a Post-Award Conference (CLIN 0001) and completion of an on-water MUSV Test Event (0002) no later than 30 September 2026. The

amounts for successful completion of CLIN 0001 and CLIN 0002 will be established in the Prototype OT as follows:

*Table 1: CLIN Structure and Descriptions*

| CLIN | Description | Acceptance Criteria | Amount |
|---|---|---|---|
| 0001 | Post Award Conference | PAC Attendance | $10,000 |
| 0002 | Test complete and MUSV Test Report Submitted with test report documenting successful compliance with all test criteria in J-5 no later than 9/30/2026 | CDRL Approved and Test is Successful | $15,000,000 |
| | | **TOTAL** | $15,010,000 |

## SECTION 2 – DEFINITIONS

“Company” includes affiliates and business units which include any segment of an organization, or an entire business organization that is not divided into segments.

“Innovative” means any new technology, process, or business practice; or any new application of an existing technology, process, or business practice that contributes to enhancing military effectiveness and sustaining global peace and U.S. national security.

“Nontraditional Defense Contractor” is defined in 10 U.S.C. § 3014 and means an entity that is not currently performing and has not performed, for at least the one-year period preceding the solicitation of sources by the DoD for the procurement or transaction, any contract or subcontract for the DoD that is subject to full coverage under the cost accounting standards prescribed pursuant to 41 U.S.C. § 1502 and the regulations implementing such section.

"Other Transaction” or “prototype OT” refers to the type of OT that may be awarded as a result of this solicitation. This type of OT is authorized by 10 U.S.C. § 4022 for prototype projects directly relevant to enhancing the mission effectiveness of military personnel and the supporting platforms, systems, components, or materials proposed to be acquired or developed by the DoD, or for the improvement of platforms, systems, components, or materials in use by the armed forces. This type of OT is treated by DoD as an acquisition instrument, commonly referred to as an "other transaction" for a prototype project or a Section 4022 "other transaction".

“Prototype Project” can generally be described as a proof of concept or model; reverse engineering to address obsolescence; pilot or novel application of commercial technologies for defense purposes; agile development activity; creation, design, development, demonstration of technical or operational utility, or combinations of the foregoing. In addition, a process, including a business process, may be the subject of a prototype project. Although assistance terms are generally not appropriate in OTA, ancillary work efforts that are necessary for completion of the prototype project, such as test site training or limited logistics support, may be included in prototype projects. A prototype may be physical, virtual, or conceptual in nature.

“Small Business” is defined under Section 3 of the Small Business Act (15 U.S.C. 632).

# SECTION 3 – GUIDELINES FOR PROPOSALS

The following section outlines the guidelines for developing and submitting a proposal under this solicitation.

## 3.1 General Proposal Guidelines

### *3.1.1 Proposal Eligibility*

1. A company may submit only one (1) proposal as the prime company.
2. A company may be included in other proposals if they are not the prime company in those proposals.
3. If a proposal is submitted as a team of multiple companies, then the first page of the submission must clearly list each company involved and specify the prime company and a single point of contact for the entire team.
4. Foreign-Owned businesses may independently submit a solution or do so as part of a teaming arrangement with one or more United States-Owned businesses. However, the ability to obtain an agreement based upon a submission may depend upon the ability of the Foreign-Owned business to obtain necessary clearances and approvals to obtain proscribed information.
5. In accordance with 10 U.S.C. §4022(d), at least one of the following conditions must be satisfied:
    a. There is at least one nontraditional defense contractor or nonprofit research institution participating to a significant extent in the prototype project;
    b. All significant participants (other than the Federal Government) are small businesses or nontraditional defense contractors; or
    c. At least one third of the total cost of the prototype project is to be paid out of funds provided by sources other than the Federal Government.
6. Partnership and teaming agreements are encouraged, to allow for the strengths and specializations of individual companies to be integrated toward a complete system that is production-ready, inexpensive, and operationally effective.

### *3.1.2 Proposal Content*

1. The offeror's proposal must comply with Attachment J-1 MUSV Statement of Work and Attachment J-5 MUSV Test Plan.
2. A proposal may include converted vessels or new-construction vessels to accomplish the work in Attachment J-1.
3. Technical data with military application may require appropriate approval, authorization, or license for lawful exportation.
4. All proposals shall be unclassified. Proposals containing data that are not to be disclosed to the public for any purpose or used by the Government except for evaluation purposes shall include the following sentences on the cover page:

   "This Proposal includes data that shall not be disclosed outside the Government, except to non-Government personnel for evaluation purposes, and shall not be duplicated, used,

or disclosed -- in whole or in part -- for any purpose other than to evaluate this submission. If, however, an agreement is awarded to this Company as a result of -- or in connection with – the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent agreed upon by both parties in the resulting agreement. This restriction does not limit the Government's right to use the information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets [insert numbers or other identification of sheets]"

5. Each restricted data sheet should be marked as follows:

   "Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

### *3.1.3 Proposal Formatting*

1. Unnecessarily elaborate brochures or proposals are not desired.
2. Use of a diagram(s) or figure(s) to depict the essence of the proposed solution is strongly encouraged, especially for engineering analyses that demonstrate capability.
3. Proposals shall be single spaced with 12pt Times New Roman font, 1 inch margins, on 8.5x11 paper.
4. No links to external information will be considered.

### *3.1.4 Proposal Submittal*

1. The Government will not provide an opportunity for questions and answers under this solicitation.
2. Proposals must be submitted electronically to Cassandra Brese (cassandra.j.brese.civ@us.navy.mil) and Kevin Hubbard (kevin.a.hubbard.civ@us.navy.mil). The subject of the email shall read "MUSV N00024-26-R-6326 Response [COMPANY NAME]" by 12:00p.m. Local Time (Washington, District of Columbia) on 17 April 2026. File size is limited to 10MB per email. Companies are responsible for ensuring their email size does not exceed the 10MB limitation. File sizes larger than 10MB and .zip file extensions may be stripped by the Navy emai Inclusion of a delivery receipt with an email submission will be the only indication of successful receipt of proposal. l system. Links to online share drives such as google drive, dropbox, etc. will not be accepted. One email is acceptable as long as it does not exceed 10MB. If it exceeds 10MB, companies may separate their submission among multiple emails and should number them (e.g., 1 of 3, 2 of 3, 3 of 3). Inclusion of a delivery receipt with an email submission will be the only indication of successful receipt of proposal.
   NOTE: HARD COPIES OF MAILED OR HAND DELIVERED WHITE PAPERS WILL NOT BE ACCEPTED.

3. Submissions sent through other channels or after the RPP submission deadline will not be reviewed or evaluated.

4. Proposals shall be valid until September 30, 2026.
5. Cover Page and Abstract: Provide the following within the proposal: Company Name, Title, Point of Contact Name, Date, E-Mail Address, Phone, and Address and any subcontractors or team members. Include an abstract which provides a concise description of the proposal. The cover page and abstract together are not to exceed one (1) page.
6. In accordance with 10 U.S.C. 4022(f), a transaction entered into under this section for a prototype project may provide for the award of a follow-on production contract or transaction to the successful prototype project participants.

## 3.2 Request for Prototype Proposal

Each proposal submitted shall be a single volume consisting of the following elements.

1. Proposed business model (Criteria 1);
2. Vessel solution design (Criteria 2);
3. Manufacturing readiness to support the future production of MUSV (Criteria 3); and
4. A plan for test execution to complete an on-water MUSV Test Event (Criteria 4).

### *3.2.1 Proposed Business Model (Criteria 1)*

The offeror shall provide a response containing the content detailed below in no more than five (5) pages. The proposal should include cost information in the format provided in the template in Attachment J-7 Cost Estimate Tables.

The offeror shall provide pricing for each of the following business models for the delivery of MUSV capabilities. Each MUSV shall meet or exceed the threshold requirements and may meet or exceed the desired attributes, as detailed in Section 3.2.2.

*Model 1: Contractor owned and Contractor operated vessels with option to buy at expiration of term*

1. Provide annual rates for 1,250 operational days per year with a minimum of 5 vessels and 2,500 operational days per year with a minimum of 10 vessels
    a. Assume the following:
        i. The agreement provides contractor operation, maintenance, repair, and sustainment of the vessel. Fuel cost should not be provided.
        ii. The agreement is structured such that the base award has a period of performance of three (3) years from agreement award with one (1) year options for two (2) additional years.
        iii. The Contractor shall perform operations, maintenance, repair, and sustainment in CONUS and OCONUS locations.
    b. Provide all terms and conditions associated with the agreement including any operational restrictions

i. If the terms and conditions place any restrictions on OCONUS operation, maintenance, repair, and sustainment of the vessels or on the types of payloads that can be carried, then define those restrictions.
ii. Identify allowed modifications (if any) of the vessels by the Government

c. The contractor shall provide all insurance necessary for operation, maintenance, repair, and sustainment of the vessel(s)

2. Provide the cost to purchase vessel(s) at the end of the base award and each one (1) year option. In the event of Government purchase, provide Data Rights Assertions for shipboard software, C2 software, and technical data and drawings.
3. Provide any non-recurring costs associated with the start of the mission or recovery. Estimate these costs for both CONUS and OCONUS deployment and identify any assumptions used.
4. Provide details of additional production capacity above 10 hulls to support urgent requests for vessels.
5. Provide the contractor's historical information and rates associated with Contractor owned/Contractor operated ships and software systems

*Model 2: Government owned and Government operated vessels*

1. Provide pricing and timeline for delivery of a block buy of 5 vessels
2. Provide pricing and timeline for delivery of a block buy of 10 vessels
3. Provide Data Rights Assertions for shipboard software, C2 software, and technical data and drawings.
4. Identify annual subscription fees for software, if applicable, and the terms and conditions associated with those subscriptions.
5. Separately price and provide terms for a fixed price service agreement to sustain the vessels, including repair and maintenance, for 5 years; include any terms associated with this service agreement
6. Provide the contractors historical information for sale of MUSVs and software.

### *3.2.2 Vessel Solution Design (Criteria 2)*

The vessel solution design shall not exceed ten (10) pages. The offeror shall provide a summary of the MUSV production design and the test vessel, if proposed for testing purposes, using the provided Attachment J-8 Placemat Template. Diagrams of general arrangements are encouraged.

The Offeror shall propose an MUSV design that is a vessel with the ability to operate autonomously and carry containerized payloads. The following threshold requirements and desired attributes are applicable to the MUSV design:

*MUSV Threshold Requirements*
The MUSV shall meet or exceed the following threshold requirements:

1. Vessel Range: 2500 nm at 25 knots while carrying a 25 MT load on the payload deck in NATO STANAG 4194 Sea State 4.

2. Payload Capacity: Two (2) Forty-foot Equivalent Units (FEU) in accordance with Attachment J-4.
3. Autonomous Performance: capable of fully autonomous operations both day and night in varying weather conditions complying with COLREGs, can prescribe keep out and keep in zones, and perform pre-defined behaviors.
4. Emissions control: Capable of restricting all Radio Frequency (RF) emissions when commanded while continuing to autonomously operate, perception system for autonomy has a passive mode with no RF emissions.
5. Refueling: receive 2,000 gallons per minute of fuel through deck connections.
6. Interior Reservation: space, weight, power, and cooling will be provided in accordance with Attachment J-4.
7. Vessels meet the appropriate American Bureau of Shipping (ABS) standard and provide initial class for the vessel.
8. Seakeeping: open ocean operation through NATO STANAG 4194 sea state 5 with a wide range of speeds and headings and survivable through sea state 7.
9. Field operational vessel in FY27

*MUSV Desired Attributes*
The MUSV may meet or exceed the following desired attributes:

1. The contractor's ability to field five (5) and ten (10) operational MUSVs in FY27.
2. Interfaces between C2, Perception, Machinery Control System, and Autonomy Control System software and hardware systems conform to an open architecture standard with Interface Control Documents (ICD). The autonomous system solution enables integration with third party applications, modular upgrades, and component-level interoperability.
3. Vessel monitors health and status and autonomously reports conditions to the offboard C2 station, providing situational awareness of the condition of the vessel to the operator.
4. C2 station enables control of multiple vessels from a single interface.
5. Vessel can execute 5-days of pre-planned maneuvers without communication connection.
6. For conversions of existing vessels, all converted vessels have the same or similar architecture.
7. Vessel can provide 250 kW of total power to the payload deck.
8. Vessels are capable of being nested five abeam when moored.
9. Vessel provides emergency stop functionality to the offboard operator. Emergency stop is the rapid shutdown of propulsion engines putting the USV into a drift.

The offeror shall include a design overview in its proposal.

The Design Overview shall address the following information:

*Autonomous Capabilities Overview*
The offeror shall provide:

1. Overview of vessel autonomous, perception, C2, machinery control, and communications capabilities.

a. Describe all maneuver behaviors
b. Detail the perception architecture and sensors employed

2. Explanation of any hardware in the loop, software in the loop testing, and simulation capability performed to date.
3. Historical information about designing, operating, and validating autonomous systems, including demonstrations, and commercial/military applications in operation.
   a. Detail work with regulatory bodies or class societies in the certification of the proposed Autonomy Suite

*Vessel Characteristics Overview*
The offeror shall provide:

1. Evidence of compliance with MUSV threshold requirements and desired attributes
2. Overview of vessel performance and design features including:
   a. Certifying Authority, vessel notations, ruleset
   b. Margins, Service Life Allowances used per design phase if applicable
   c. Structural design
   d. Weight and stability
   e. Seakeeping performance
   f. Electrical Power Load Analysis
   g. Machinery Plant
   h. Overview of assessments to validate performance
   i. Accommodations/habitability (if equipped)
3. Overview of vessel 3D design models if any, maturity of the design(s)
4. Design history/maturity overview and previous employment if any
5. System architecture design information to illustrate how system addresses security standards and topics such as, but not limited to; data encryption, cyber resiliency, cybersecurity testing, physical security, and cyber situational awareness
6. Description of pathway to achieve government cybersecurity authorization and compliance with CNSSP No. 28 Cybersecurity of Unmanned National Security Systems
7. Overview of the sustainment concept for the vessel(s)
8. Overview of the in port transit and mooring concept for the vessel(s)
9. Demonstrate maturity of the design enables fielding of operational vessels in FY27

*Conversion Specific Information*
If the contractor elects to convert existing vessels in lieu of new construction to provide MUSV capability, then the contractor shall include the information requested below in Table 2. The information requested in Table 2 does not count against the page count for the design overview.

*Table 2: Conversion Vessel Identification*

| Characteristic | Vessel for Conversion Information |
| --- | --- |
| Name | |

| | |
|---|---|
| MMSI | |
| IMO | |
| Type of Vessel | |
| Current Owner or Broker | |
| Conversion Timeline (from award to test) | |
| Age of vessel | |
| ABS classification/notation if any | |
| Summary of material changes required | |

### *3.2.3 Manufacturing readiness to support the future production of MUSV (Criteria 3)*

The manufacturing readiness to support the future production of MUSV information shall not exceed ten (10) pages.

The offeror shall demonstrate it is ready to produce MUSV vessels to accomplish the offerors proposed business models in section 3.2.1., i.e., Model 1 and Model 2. The offeror shall address the following information:

*3.2.3.1 Workload*

1. Maximum production capacity of proposed design per year for five (5) years
2. Current and Expected Backlog
3. Construction/Conversion schedule for each vessel
4. Historical schedule and cost adherence/variance
5. Proposed Integrated Master Schedule

*3.2.3.2 Workforce*

1. Manpower charts reflecting current and expected backlog down to the individual trade level
    a. Man-hours per ton
2. Hiring and training plan, including use of overtime
3. Subcontracting versus in-house labor planning
4. Provide historical workforce details

*3.2.3.3 Facilities*

1. Facility Plan including capacity analysis, layout optimization, and capital investment plan
    a. If facility upgrades are planned or are in progress, provide a detailed schedule of these plans
    b. Funding status of any planned capital improvements
2. Current automation/automated tools used in the construction process
3. Facility maintenance and modernization plan
4. Critical assets required (dry docks, cranes, robotic welders, cutting tools, etc.)

*3.2.3.4 Production*

1. Production strategy plan which includes a build strategy plan, shipyard facility

scheduling, module laydown plan and scheduling

2. Future production price break points, such as Economic Order of Quantity discounts or learning curves and the basis for those estimates
3. Process Capability & Control Metrics; historical metrics for previous ship construction
4. Historical safety metrics (lost time, injury rate)

*3.2.3.5 Quality Control*

1. Historical rework percentages
2. Inspection and testing plans at various stages of production

*3.2.3.6 Supply Chain and Supplier Management Plan*

1. Key Suppliers financial health, capacity, and quality management
2. Material lead time and mitigation strategies for long-lead materials
3. Material inspection process
4. Identify supply chain risks (i.e. sole-source, geopolitical risk, obsolescence)
5. Mitigation Strategies

#### *3.2.4 A plan for test execution to complete an on-water MUSV Test Event (Criteria 4)*

A plan for test execution to complete an on-water MUSV Test Event shall not exceed three (3) pages.

The Offeror shall detail its planned execution of the scope in Attachment J-1 MUSV Statement of Work by providing:

1. A description of the test vessel in placemat format, as provided in Attachment J-8 Placemat Template. The offeror's completed placemat does not count against page count.
2. Provide the earliest date for testing, the estimated end date for all phases of testing, and the location of testing as per Attachment J-5.
3. Describe how the test asset is representative of the MUSVs used in the offeror's proposed business models in section 3.2.1., i.e., Model 1 and Model 2.
4. Ensure the small and medium test contacts used during the test provide:
    a. IMO number
    b. Sustained speed
    c. Required refuel during testing
5. Overview of planned coordination with USCG and timeline for any required approval
6. Overview of conditions that would stop or pause testing

## 4. SECTION 4 – Government Assessment and Proposal Selection Notification

### *4.1 Proposal Evaluation Approach*

If an offeror is found unacceptable in any of the criteria below the offerors proposal will be deemed unacceptable and will not move forward for potential prototype OT award.

Proposals will be evaluated based on the following factors:

Criteria 1 – Proposed Business Model (informational purposes only)

Criteria 2 – Vessel Solution Design

1. Acceptable: the Offeror demonstrates the proposed MUSV Design meets or exceeds the threshold requirements.
2. Unacceptable: the Offeror does not demonstrate the proposed MUSV Design meets all of the threshold requirements.

Criteria 3 – Manufacturing readiness to support the future production of MUSV

1. Acceptable: the Offeror fully demonstrates feasibility and manufacturing readiness (workload, workforce, facilities, production, quality control, and supply chain and supplier management plan specified in Section 3.2.3) in executing the offeror's proposed business model(s) i.e., Model 1 and Model 2. Offerors may be determined acceptable based on the Government's evaluation of one or both business models.
2. Unacceptable: the Offeror does not fully demonstrate the feasibility and manufacturing readiness (workload, workforce, facilities, production, quality control, and supply chain and supplier management plan specified in Section 3.2.3) in executing the offeror's proposed business model(s) i.e., Model 1 and Model 2. Offerors may be determined unacceptable based on the Government's evaluation of one or both business models.

Criteria 4 – A plan for test execution to complete an on-water MUSV Test Event

1. Acceptable: the Offeror demonstrates the feasibility of the test schedule, including the completion of the MUSV test plan and delivery of test report on or before 30 September 2026, and demonstrates a test asset that is representative of the MUSVs used in the offerors proposed business models in 3.2.1.
2. Unacceptable: the Offeror does not fully demonstrate the feasibility of the test schedule, including the completion of the MUSV test plan and delivery of test report on or before 30 September 2026, or does not fully demonstrate a test asset that is representative of the MUSVs used in the offerors proposed business models in 3.2.1.

#### *4.1.1 Selection Notification and Negotiations*

The Government will assess proposals and provide notification of selection to proceed to prototype agreement negotiations or notification that a proposal was not selected to move forward.

If the Government is unable to reach an agreement with any company during negotiations, the Government reserves the right to enter into negotiations with a company which submitted a proposal that was previously notified that their proposed concept/technology/solution of interest was not eligible for a proposal due to availability of Government resources or exclusion from the negotiation selection. The Government reserves the right to award to any, all, or none of the selected proposals that proceed to negotiations.

# 5. SECTION 5 – AWARDS

### 5.0 General Guidelines

Upon favorable review and available funds, the Government may choose to make an award. Awards will be made using OTs. The Agreements Officer (AO) will negotiate directly with the company on the prototype agreement and will execute the OTA on behalf of the Government. Only an AO has the authority to enter into, or modify, a binding agreement on behalf of the Government.

Companies must have a CAGE code and must be registered in the System of Award Management (SAM) to receive an award. Companies are advised to commence SAM registration upon review of this solicitation.

Companies must also register in the prescribed Government invoicing system (e.g. Wide Area Work Flow). The Government will provide assistance to those Companies selected.

The Company must be determined to be responsible by the AO and must not be suspended or debarred from award by the Federal Government nor be prohibited by Presidential Executive Order and/or law from receiving award.

Selection to proceed to negotiations does not guarantee that a Company will receive an award. The Government reserves the right, at any point prior to award of an OT, to cancel the solicitation.

### 5.1 Comptroller General Access to Information

In projects that provide for payments in a total amount in excess of $5,000,000, the Agreement will include a mandatory clause that provides for the Comptroller General the ability to examine the records of any party to the agreement or any entity that participates in the performance of the agreement.

### 5.2 Procurement Integrity Act (PIA)

As required by 10 U.S.C. §4022, all Agreements awarded under this solicitation shall be treated as Federal Agency procurements for purpose of 41 U.S.C. Chapter 21. Accordingly, the competitive solicitation process and awards made thereof must adhere to the ethical standards required by the PIA.

# 6. SECTION 6 – SUCCESSFUL COMPLETION

A transaction for a prototype project is complete upon the written determination of the appropriate approving official (program manager and Agreement Officer) for the matter in question that efforts conducted under a Prototype OT: (1) met the key technical goals of a project; (2) satisfied success metrics incorporated into the Prototype OT; or (3) accomplished a particularly favorable or unexpected result that justifies the transition to production.

Furthermore, successful completion can occur prior to the conclusion of a prototype project to allow the Government to transition any aspect of the prototype project determined to provide utility into production while other aspects of the prototype project have yet to be completed. Any

Prototype OT shall contain a provision that sets forth the conditions under which that prototype agreement must be successfully completed.

## 7. SECTION 7 – NON-GOVERNMENT ADVISORS

Non-Government advisors may be used in the evaluation of Proposals and during Proposal development and negotiations. Non-Government advisors will have signed non-disclosure agreements (NDAs) with the Government. Submission of an offer under this solicitation will constitute a grant of authority by the submitting company to the Government to allow the use of non-Government advisors to participate in evaluations of the entirety of this process.

The Government understands that information provided in response to this solicitation is presented in confidence and may contain trade secret or commercial or financial information, and it agrees to protect such information from unauthorized disclosure to the maximum extent permitted or required by Law, to include:

a. 18 U.S.C. 1905 (Trade Secrets Act);
b. 18 U.S.C. 1831 et seq. (Economic Espionage Act);
c. 5 U.S.C. 552(b)(4) (Freedom of Information Act);
d. Executive Order 12600 (Pre-disclosure Notification Procedures for Confidential Commercial Information); and,
e. Any other statute, regulation, or requirement applicable to Government employees.

It is the Government's policy to treat all submissions as controlled information, and to disclose their contents only for the purpose of evaluation. Restrictive notices notwithstanding, during the evaluation process, submissions may be handled by support contractors for administrative purposes and/or to assist with technical evaluation.

Submissions will not be returned. The original copy of each submission received may be retained and all other non-required copies destroyed.