# **EXHIBIT 5**

**ATTACHMENT 6: DATA RIGHTS**

| | Technical Data or Computer Software to be Furnished with Restrictions | Technical Data or Computer Software | Asserted Rights Category | Name of Person Asserting Restrictions |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |