# EXHIBIT 6

## Instructions

1. The contractor shall complete each reporting section below.
2. Hours and cost data reported must include all work performed by both Prime and Subcontractors at price (i.e., including direct/indirect costs, Profit/Loss or Fee)
3. Report all hours throughout this form rounded to the nearest tenth. Enter "0" (zero) for items with null amounts; do not leave items blank.
4. Report all pricing throughout this form in 2026 U.S. Dollars thousands, rounded to the nearest tenth. Enter "0" (zero) for items with null amounts; do not leave items blank.
   - Fuel pricing should not be included
   - CONUS and OCONUS Travel as well as Dispatch and Recover pricing should not be included

## MUSV Rough Order or Magnitude (ROM) Pricing Tables

| | |
|---|---|
| ***REPORTING ORGANIZATION:*** | |
| ***REPORT AS OF (YYYYMMDD):*** | |

| | Model 1 | | | | | Model 1 Government Purchase | |
|---|---|---|---|---|---|---|---|
| | Annual Rate ($k) | | | | | Annual Recurring Autonomy ($k) License | FFP Purchase ($k) |
| **Scenario** | **Vessel** | **Insurance** | **Software Licensing** | **O&S** | **Total** | | **Vessel** |
| **1,250 Operational Days per Year** | | | | | | | |
| Base Agreement (Years 1-3) | | | | | $ - | | |
| Option Year 4 | | | | | $ - | | |
| Option Year 5 | | | | | $ - | | |
| **2,500 Operational Days per Year** | | | | | | | |
| Base Agreement (Years 1-3) | | | | | $ - | | |
| Option Year 4 | | | | | $ - | | |
| Option Year 5 | | | | | $ - | | |

| | Model 2 | | | | | |
|---|---|---|---|---|---|---|
| | Hours | 2026 U.S. Dollars ($k) | | | | Annual Rate for |
| **Scenario** | **Labor** | **Labor** | **Material** | **ODC** | **Total** | **Software Licensing** |
| **Block Buy** | | | | | | |
| Quantity 5 | | | | | $ - | |
| Quantity 10 | | | | | $ - | |