# EXHIBIT 7

**Vessel Characteristics:**

| | | |
|---|---|---|
| Displacement @ FL | | MT |
| LOA: | | m |
| LBP: | | m |
| BOA: | | m |
| Depth: | | m |
| Draft: | | m |

**Performance:**

**MinOp with no Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |

**Full Load with no Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ 25 kts | | nmi |
| Range @ 16 kts | | nmi |

**Full Load with 25 MT Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ 25 kts | | nmi |
| Range @ 16 kts | | nmi |

**Full Load with Max Payload MT**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ Top Speed | | nmi |
| Range @ 16 kts | | nmi |
| Range @ 12 kts | | nmi |

**Hullform Characteristics:**

| | | |
|---|---|---|
| Hull Designer: | | |
| Hull Type: | | |
| Hull Material: | | |
| Deckhouse Material: | | |
| Accommodations: | | # |

**Machinery:**

| | | |
|---|---|---|
| Propulsion Power: | | bhp |
| | | kW |
| Prime Mover Type: | | |
| Prime Mover Name: | | |
| Propulsor Type and #: | | |
| Propulsor Quantity: | | |
| Power Generation: | | ekW |
| Generator Type and #: | | |
| Generator Name: | | |

**Picture**
**Outboard View + Deck Plan View**
**3D Isometric if available**

**Auxiliary Systems:**

| | | |
|---|---|---|
| Fuel Load: | | MT |
| Etc. | | |
| Etc. | | |
| Etc. | | |

**Security:**

| | |
|---|---|
| Intrusion Detection System: | |
| Anti-tamper System(s): | |
| Anti-boarding System(s): | |
| Platform Security: | |
| Cybersecurity Systems: | |

**Payload Capacity:**

| | | |
|---|---|---|
| Total Payload Area: | | $m^2$ |
| FEU Bays: | | # |
| TEU Bays: | | # |
| Weight Capacity: | | MT |
| Power Capacity: | | ekW |
| Ethernet Connection(s): | | # |
| Ethernet End User: | | |

Additional Systems:

**Autonomy:**

| | |
|---|---|
| Platform (Navigation) OEM: | |
| Platform (MCS/EO) OEM: | |
| C2 OEM: | |

**Perception Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Communication Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Navigation Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Weight:**

| | | |
|---|---|---|
| SWBS 100 | | MT |
| SWBS 200 | | MT |
| SWBS 300 | | MT |
| SWBS 400 | | MT |
| SWBS 500 | | MT |
| SWBS 600 | | MT |
| **Lightship** | | **MT** |
| LS Margins | | MT |
| **LS + Margins:** | | **MT** |
| SWBS F00 | | MT |
| Payloads: | | MT |
| **FL + Margins:** | | **MT** |
| SLA: | | MT |
| **Max Displacement** | | **MT** |
| Displacement w/ 25 MT | | MT |
| Displacement w/ 2x FEU | | MT |

**Classification(s):**

| | |
|---|---|
| Classification Body: | |
| Notation(s): | |
| Service Life: | |

**Partners:**

| | |
|---|---|
| Shipbuilder: | |
| Engine OEM: | |
| GenSet OEM: | |
| Integrator: | |
| Other Major Partners: | |

**Shipyard:**

| | |
|---|---|
| Location: | |
| Facility Upgrades Req'd: | |
| Capital Investment Req'd: | |
| Production Timeline: | |
| Current Capacity per Year: | |

Additional Notes:

**Vessel Characteristics:**

| | | |
|---|---|---|
| Displacement @ FL | | MT |
| LOA: | | m |
| LBP: | | m |
| BOA: | | m |
| Depth: | | m |
| Draft: | | m |

**Performance:**

**MinOp with no Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |

**Full Load with no Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ 25 kts | | nmi |
| Range @ 16 kts | | nmi |

**Full Load with 25 MT Payload**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ 25 kts | | nmi |
| Range @ 16 kts | | nmi |

**Full Load with Max Payload MT**

| | | |
|---|---|---|
| Top Speed: | | kts |
| Range @ Top Speed | | nmi |
| Range @ 16 kts | | nmi |
| Range @ 12 kts | | nmi |

**Hullform Characteristics:**

| | | |
|---|---|---|
| Hull Designer: | | |
| Hull Type: | | |
| Hull Material: | | |
| Deckhouse Material: | | |
| Accommodations: | | # |

**Machinery:**

| | | |
|---|---|---|
| Propulsion Power: | | bhp |
| | | kW |
| Prime Mover Type: | | |
| Prime Mover Name: | | |
| Propulsor Type and #: | | |
| Propulsor Quantity: | | |
| Power Generation: | | ekW |
| Generator Type and #: | | |
| Generator Name: | | |

**Picture**
**Outboard View + Deck Plan View**
**3D Isometric if available**

**Weight:**

| | | |
|---|---|---|
| SWBS 100 | | MT |
| SWBS 200 | | MT |
| SWBS 300 | | MT |
| SWBS 400 | | MT |
| SWBS 500 | | MT |
| SWBS 600 | | MT |
| **Lightship** | | **MT** |
| LS Margins | | MT |
| **LS + Margins:** | | **MT** |
| SWBS F00 | | MT |
| Payloads: | | MT |
| **FL + Margins:** | | **MT** |
| SLA: | | MT |
| **Max Displacement** | | **MT** |
| Displacement w/ 25 MT | | MT |
| Displacement w/ 2x FEU | | MT |

**Auxiliary Systems:**

| | | |
|---|---|---|
| Fuel Load: | | MT |
| Etc. | | |
| Etc. | | |
| Etc. | | |

**Security:**

| | |
|---|---|
| Intrusion Detection System: | |
| Anti-tamper System(s): | |
| Anti-boarding System(s): | |
| Platform Security: | |
| Cybersecurity Systems: | |

**Payload Capacity:**

| | | |
|---|---|---|
| Total Payload Area: | | $m^2$ |
| FEU Bays: | | # |
| TEU Bays: | | # |
| Weight Capacity: | | MT |
| Power Capacity: | | ekW |
| Ethernet Connection(s): | | # |
| Ethernet End User: | | |

Additional Systems:

**Autonomy:**

| | |
|---|---|
| Platform (Navigation) OEM: | |
| Platform (MCS/EO) OEM: | |
| C2 OEM: | |

**Perception Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Communication Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Navigation Systems:**

| | |
|---|---|
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |
| {name} | {type} |

**Classification(s):**

| | |
|---|---|
| Classification Body: | |
| Notation(s): | |
| | |
| Service Life: | |

**Partners:**

| | |
|---|---|
| Shipbuilder: | |
| Engine OEM: | |
| GenSet OEM: | |
| Integrator: | |
| Other Major Partners: | |

**Shipyard:**

| | |
|---|---|
| Location: | |
| Facility Upgrades Req'd: | |
| Capital Investment Req'd: | |
| Production Timeline: | |
| Current Capacity per Year: | |

Additional Notes: