# EXHIBIT 16

| Item No. | Source Document | Page Number | Section/Paragraph | Question/Comment | Response |
|---|---|---|---|---|---|
| 1 | Solicitation Guidance | Pages 6,7 | 3.2.1 | **Business Model - Payloads:**<br><br>* Assumed to be provided (GFE)? What type (kinetic, non kinetic)?<br>* Level of payload integration readiness required?<br>* Assumed to not be included in insurance estimates?<br>* COCO does not include operation, tasking, ROE, and risk ownership. Assumed to be uniformed or other KTRs?<br><br>**Business Model - Operational Info:**<br><br>* Expectation of days lost to: weather, govt pauses, contractor/payload caused delay<br>* Unused day rollover?<br>* Expected homeports, deployment duration, even or surge demand? | All required GFE and associated information, including payload deck requirements and interior equipment reservations, are defined in J-4. COCO assumptions and requirements are specified in the solicitation, including section 3.2.1.<br><br>Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 2 | Solicitation Guidance | 8 | 3.2.2 - MUSV Threshold Requirements - Item 5 | We are looking for clarification on the 2000gpm refueling requirement. Is this expected to be done in port and/or underway replenishment. If the refueling is done underway, is the expectation that the USV would be manned or completely autonomous for the refueling (manned refueling = sailors temporarily board MUSV during refueling event, then depart). | As per section 3.2.2-5: "Refueling: receive 2,000 gallons per minute of fuel through deck connections."<br><br>There are no additional requirements for fueling at-sea or autonomous fueling at-sea. |
| 3 | Solicitation Guidance | 8 | 3.2.2 - MUSV Desired Attributes - Item 2 | Is the open architecture referred to in this bullet necessarily UMAA? If UMAA is a requirement, please clarify. If any open architecture that meets this intent suffices, please clarify. | UMAA is not a requirement. Please see Solicitation Guidance Section 3.2.2, desired attribute 2. |
| 4 | Solicitation Guidance | 11 | 3.2.4 | What characteristics or performance criteria are important to making the MUSV Test Event surrogate vessel "representative"?<br><br>There are tradeoffs when solving for "representativeness" in the surrogate vessel's characteristics. For example, a vessel with a representative sensor architecture would have a MUSV-sized mast with large, heavy sensors (and perform well on the PSA test), but such a vessel may sacrifice on maneuver agility (and be non-representative for COLREGs tests). Optimizing for sensors, onboard control systems, speed, range and other vessel dynamics all at the same time - this can only result by using the production vessel itself.<br><br>Absent government guidance on these tradeoffs, we aim to conduct the test event on a vessel that represents accurately our autonomy and C2 systems, rather than maneuver characteristics, since the former are key technology, while the latter are functions of hull form and architecture. | Test vessel shall be able to perform the test plan as written in the J-5 Attachment.<br><br>Section 7 of the J-1 Attachment discusses the approval process for test USVs. |
| 5 | Attachment J-1 Statement of Work (SOW) | 1,3 | 2.2 and 5.1 | Inconsistent Revs of NIST SP 800-171 - Section 2.2 says NIST SP 800-171 **Rev. 3**, section 5.1 says NIST SP 800-171 **Rev. 1.** These are materially different standards with different control sets. Please clarify. | Attachment J-1 has been updated to reflect proper NIST call out. |
| 6 | Attachment J-1 Statement of Work (SOW) | 3 | 6 - System Security Plan | CDRL C001 doesn't appear to be included in the solicitation documents. Request this CDRL to inform SSP requirements. | CDRL C001 will be provided at time of agreement award.<br><br>Section 5 defines the detail required to be submitted with CDRL C001. |
| 7 | Attachment J-1 Statement of Work (SOW) | 6 | Prototype Taskings, CDRL E001, Item 7.5 | How could a bidder get a waiver to allow for either the departing or returning port to be a non-US port (allied country) for the surrogate vessel used during the MUSV test event? | No waiver will be granted. Per J-1 Attachment, Section 7.5: "The Contractor shall complete MUSV Test Events beginning and ending out of a port in the Continental United States." |
| 8 | Attachment J-4 | N/a | N/a | Shall cooling water capacity be provided to deck FEU and TEUs? If so, can you provide some/all of the following: cooling load, flowrate, temperature, pressure, fluid quality requirements?<br>Shall deckside piping connections be provided? | All required GFE support systems, including payload deck requirements and interior equipment reservations, are defined in J-4. |
| 9 | Attachment J-4 | N/a | N/a | Is the final design intended to include any GFE other than the payload deck FEUs, (e.g. military rated radars as opposed to commercially OTS radar systems, GFE network systems). If so, what types of GFE and would these GFE require additional SWaP-C than what is already included in the specs provided in J-4? | All required GFE support systems, including payload deck requirements and interior equipment reservations, are defined in J-4 Attachment. |
| 10 | Attachment J-5 | 7 | 5.1.1, Procedure Step 3 | 1. What kind of data/what format is expected? E.g., does data collection for "full perception" mean a "sensor fused output"?<br>2. Does the "passive perception" data collection just mean recording the raw individual streams for passive sensors (cameras + radar), or instead of raw streams some kind of condensed output?<br>3. Do these three categories of data collection - passive, full, AIS only - imply three iterations of the same run (i.e. run each row in table 3 three times?) | CDRL E001 will be provided at time of agreement award and will detail the data required to be provided. |
| 11 | Attachment J-5 | 7 | 5.1.1, Procedure Step 1 | "Environmental conditions" are requested as data to be collected. Can that be automatically recorded via weather system? | A weather system that can record all the required environmental conditions required by J-5 Attachment including, Temperature, Humidity, Visibility, Winds, Sea State is acceptable |
| 12 | Attachment J-5 | 5, 17-18, 34, 36, and 45 | Tables 1, 5, 6, 10, 12, and 17 | Will the "to be provided at a later date" values in these tables be provided before the close of the proposal period? If not, how long after the proposal period can we expect to be provided them? | The Government does not plan to provide this information prior to the date for proposal submission. The "to be provided at a later date" information is not necessary for the submission of a proposal. This data will be provided at the time of agreement award. |
| 13 | Attachment J-5 | 24-25, 31,39-40 | Tables 7, 8, and 13 | For the MASC proposal, the program office approved a surrogate vessel that traveled less than 25 knots and demonstrated all of the desired sensor and autonomy capabilities. Is the program office open to making that same consideration for the MUSV test event, in order to rapidly field a representative surrogate vessel? | Test vessel must be able to perform the test plan defined in the J-5 Attachment.<br>Section 7 of the J-1 Attachment discusses the approval process for test USVs. |
| 14 | Attachment J-5 | 38 | Figure 17 | Are the opbox times, distances, or other criteria flexible to be adjusted slightly to accommodate for limitations in local oceanographies? I.e., in cases where the edges of the op box or way points overlap with low depth areas, islands, or other areas to avoid, is it possible to recommend an adjusted waypoint or opbox border? | Attachment J-5 Test Plan shall be followed as written. |
| 15 | Attachment J-5 | 43 | Table 14 | Table 14 of J-5 has Phase I twice instead of Phase III | J-5 Attachment has been updated to correct error. |
| 16 | Attachment J-1 Statement of Work (SOW) Test Sections 7.7 Test USV | pg 4 | 7.7 | PAE RAS identified a 'surrogate' vessel would be acceptable for testing. Is a 'surrogate vessel' adequate if it uses the same propulsion, electrical, sensor, and autonomy systems as the production vessel but is significantly larger? (78 meters vs. 50 meters in length) | Test vessel must be able to perform the test plan defined in the J-5 Attachment.<br><br>Section 7 of the J-1 Attachment discusses the approval process for test USVs. |
| 17 | | | | To what extent does the proposed solution have to be produced in the US. Will a combination of US and international vessels and systems be an acceptable solution? | The MUSV solicitation does not include a requirement for the production of a vessel and delivery to the U.S. Navy. Assumptions used in the development of the offeror's proposal should comply with all laws, regulations, and DoW policies. |
| 18 | Attachment J-1 Statement of Work (SOW) | pg 1 | Scope | Does the PAE RAS framework contemplate acceptance of vessels constructed outside the United States, provided they meet all technical, integration, and security requirements? Additionally, should industry interpret the program as being fully open to global sourcing, or is there an underlying preference or expectation to leverage the U.S. industrial base and domestic shipbuilding capacity in support of broader national and congressional priorities? | The MUSV solicitation does not include a requirement for the production of a vessel and delivery to the U.S. Navy. Assumptions used in the development of the offeror's proposal should comply with all laws, regulations, and DoW policies. |
| 19 | Attachment J-1 Statement of Work (SOW) | pg 1 | Scope | in the event foreign-built platforms or components are utilized, how does the Government anticipate allocation of responsibility for any applicable tariffs, duties, or trade-related costs? Would these costs be considered allowable/reimbursable under contract structures, or expected to be borne within proposal pricing? | The MUSV solicitation does not include a requirement for the production of a vessel and delivery to the U.S. Navy. Assumptions used in the development of the offeror's proposal should comply with all laws, regulations, and DoW policies. |
| 20 | Attachment J-1 Statement of Work (SOW) | pg 1 | Scope | For vessels originally constructed in the United States but subsequently reflagged and/or operated by foreign entities, would such platforms remain eligible for consideration, assuming they can be reflagged to U.S. registry and meet all applicable security, crewing, and compliance requirements at time of performance? | The MUSV solicitation does not include a requirement for the production of a vessel and delivery to the U.S. Navy. Assumptions used in the development of the offeror's proposal should comply with all laws, regulations, and DoW policies. |

| | | | | | |
|---|---|---|---|---|---|
| 21 | Solicitation Guidance- MUSV - N00024-26-R-6326 | 7 & 8 of 15 | Section 3.2.1 | Offeror's response to Criteria 1 (Proposed Business Model) is limited to not more than five (5) pages. However the guidance notes that Offers must "[p]rovide **all terms and conditions** associated with the agreement including any operational restrictions." Likewise, Model 2. (GOGO), requires Offers to provide "**all terms**…" for a fixed price service agreement. | The Solicitation Guidance has been updated to state that, terms and conditions of the business model will not count toward the page count. |
| 22 | Solicitation Guidance- MUSV - N00024-26-R-6326 | Page 5 | Section 3.1.3 | Section 3.1.3 does not specify minimum font size requirements for text contained within graphics, figures, or diagrams. To ensure compliance with the Government's expectations, would the Government please confirm that 10-point font is acceptable for all text appearing within graphics? | No, proposals shall be single spaced with 12pt Times New Roman font, 1 inch margins, on 8.5 x 11 paper per section 3.1.3 in the Solicitation Guidance. |
| 23 | Solicitation Guidance- MUSV - N00024-26-R-6326 | Page 7 | Section 3.2.1 | Will the Government permit Offerors to submit Attachment J-7 Cost Estimate Tables as a separate Excel attachment to the Criteria 1 narrative response? | J-7 Attachment has been updated. |
| 24 | Attachment J-7 Cost Estimate Tables | Page 2 | Table 1 and 2 | The Model 1 tables include rows for Option Year 4 and 5. Is it acceptable to include a row for the Base Period? | J-7 Attachment has been updated. |
| 25 | 26March2026+Solicitation+Guidance_rev_1 | pg. 4 | 3.1.1.4 | The solicitation states that foreign-owned businesses may independently submit a solution or do so as part of a teaming agreement with one or more U.S.-owned businesses. Is the DoW open to leasing or procurement of MUSVs built in a foreign shipyard under proposed Business Model 1 or 2? If so, are there specific requirements that need to be met under either business Model 1 or 2 for foreign built hulls? | The MUSV solicitation does not include a requirement for the production of a vessel and delivery to the U.S. Navy. Assumptions used in the development of the offeror's proposal should comply with all laws, regulations, and DoW policies. |
| 26 | 26March2026+Solicitation+Guidance_rev_1 | pg. 7 | 3.2.1.1 | We interpret "Provide annual rates for 1,250 operational days per year with a minimum of 5 vessels..." to mean that a total of 1,250 underway days shall be provided in each year via 5 or more vessels total. We would like to confirm that this is not intended to mean that 5 vessels are available for simultaneous tasking for 1,250 days (i.e., 1,250 days with 5 total vessels operational at the same time). | Yes, annual rates assume the offeror operates a minimum of 5 vessels for 1,250 operational days per year and a minimum of 10 vessels for 2,500 operational days per year. See section 3.2.1.1 in the Solicitation Guidance. |
| 27 | 26March2026+Solicitation+Guidance_rev_1 | pg. 7. | 3.2.1.1.a.ii | Please outline the cash payment schedule under the Model 1 COCO Business Model. Would there be a down payment component at the beginning of the lease term followed by regular installment payments? If utilizing regular payments, what length of time does the Navy plan to use (monthly, quarterly, annually)? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 28 | 26March2026+Solicitation+Guidance_rev_1 | pg. 7-8 | 3.2.1.1.b. | Commercially owned vessels chartered to the USN are expected to require a USCG Certificate of Inspection (COI), which would include compliance with 46 CFR Part 15 for vessel manning. Given that no regulatory pathway currently exists to un-man commercial vessels, does the USN intend to provide guidance for USCG interaction and/or should offerors include manning requirements as part of their COCO model pricing? | No, the Government does not intend to provide guidance on USCG interaction for the purposes of this solicitation. Refer to the solicitation and solicitation guidance for information regarding vessel requirements. |
| 29 | 26March2026+Solicitation+Guidance_rev_1 | pg. 7-8 | 3.2.1.1.b. | Commercially owned vessels charted to the USN are expected to require compliance with Environmental Protection Agency (EPA) emissions requirements, including design features such as Diesel Particulate Filters (DPF) and Selective Catalytic Reducers (SCR) to regulate diesel engine emissions. Will any waivers be pursued by the USN for chartered vessels, or should offerors assume that full compliance with both state and national emissions regulations are required? | Unless otherwise specified in the solicitation, the offeror should not assume the Government will approve any waivers. |
| 30 | 26March2026+Solicitation+Guidance_rev_2 | pg. 8 | 3.2.1.2 (Model 1) and 3.2.1.3 (Model 2) | The referenced paragraphs for Business Models 1 and 2 direct offerors to provide data rights assertions for "shipboard software, C2 software, and technical data and drawings" and the solicitation includes Attachment J-6. Are offerors to complete Attachment J-6 for each of these scenarios? | Yes. |
| 31 | 26March2026+Solicitation+Guidance_rev_1 and Attachment J-7 | pg. 8 (Solicitation Guidance), pg. 2 (Attachment J-7) | 3.2.1.3 (Solicitation Guidance) and 6 (Attachment J-7) | Paragraph 3.2.1.3 of the Solicitation Guidance document states that NRE costs associated with the start of the mission or recovery for both CONUS and OCONUS deployments. Item 6 of Page 2 of Attachment J-7 states that CONUS and OCONUS travel as well as "Dispatch and Recover pricing" should not be included." Can the Navy provide additional clarification for what constitutes mission start or recovery compared to dispatch and recover pricing? Additionally, if CONUS and OCONUS travel are required for operations, should that be estimated, or is the requirement to not price travel meant to be on an ODC basis? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 32 | 26March2026+Solicitation+Guidance_rev_1 | pg. 8-9 | 3.2.2.1-.2 | Please confirm SWaP-C requirements for 25MT load on payload deck. | All required GFE, including payload deck requirements and interior equipment reservations, is defined in J-4 Attachment. |
| 33 | 26March2026+Solicitation+Guidance_rev_1 | pg. 9. | 3.2.2.8 | Please define meaning of "survivable" through sea state 7. | Survivable is defined as maintaining watertight integrity and ability to maintain a speed and heading through the sea state. See Section 3.2.2. in the Solicitation Guidance. |
| 34 | 26March2026+Solicitation+Guidance_rev_1 | pg. 9. | 3.2.2.7 | Please define "appropriate ABS standards" | Relevant ABS standards are to be identified by the shipbuilder. Section 3.2.2 of the Solicitation Guidance. |
| 35 | 26March2026+Solicitation+Guidance_rev_2 | pg. 12-13 | 4.1 | The solicitation indicates the Business Plan submission is "for information only," yet recent USN communications state the intent to "move from business plan evaluation directly to on-water testing this summer." Given the OTA acquisition pathway for this effort, can you please further elaborate the anticipated vision from business plan submission to OTA award and any incremental phases? | The business plan submission is for information only. |
| 36 | Attachment+J-1+MUSV+S0W | pg. 4 | 7.2 | What approval criteria will the Government use for the test USV used in the MUSV Test Event? | Test vessel must be able to perform the test plan defined in the J-5 Attachment.<br><br>Section 7 of the J-1 Attachment discusses the approval process for test USVs. |
| 37 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 5 | Table 1 | Vessel Not Under Command (VNUC) is not demonstrated anywhere in the test plan. Is this something that should be demonstrated and is also required to be passive/full perception? | Scripted test scenarios do not include an interaction with a VNUC, however test vessel shall maintain safe CPAs which will be provided at agreement award, listed in Table 1 of J-5 Attachment. |
| 38 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 17 - 18 | Table 5 and Table 6 | Does the customer require the passive only perception range (day and night) to be the same as full suite? This requirement drives significant increase in cost | All requirements are stated in the J-5 Attachment. |
| 39 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 27 | Figure 13 | Please confirm that the inner keep in zone on figure 13 is as designed or is this to be changed to a "keep out" zone? Put another way, the intent of Figure 13 is to communicate that the vessel would be required to stay between the green lines in the blue area and that the enclosed white space should be considered the "inner keep out zone". | Vessel is required to stay between the green lines in the blue zones. |
| 40 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 37 | 5.3.1 Procedure Step 3b | Please confirm both true and relative station keep are desired? True is not included in any test steps just called out here. | Section 5.3.1 step 12 of J-5 Attachment requires demonstration of behaviors not previously performed in the test plan. |
| 41 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 37 | 5.3.1 Procedure Step 3c; Table 13 Step 25 | Please confirm both true and magnetic Vector Navigation are desired? Vector Navigation test step in Phase 3 is not specified as true or magnetic. | Step 25 in J-5 Attachment, Table 13, can be run with either true or magnetic vector navigation as the heading is the course between 2 waypoints |
| 42 | Attachment J-5 Test Plan for Medium Unmanned Surface Vessel | pg. 5 and 39 | Table 1; Table 17 Step 10 & 11 | Are these simulated channel markers that are being detected by the Visual cameras or are these based off a ENC chart data? Uncharted Navigational Aids is listed as a hazard in Table 1 but not used for the demonstrations. | Channel markers can be simulated. |
| 43 | Attachment+J-7+Cost+Estimate+Table+Template | pg. 2 | Pricing Tables on Page 2 | What is the difference in scope between "Software Licensing" and "Annual Recurring Autonomy ($k) License" between the first and second table on page 2 respectively? | J-7 Attachment has been updated. |
| 44 | Attachment+J-7+Cost+Estimate+Table+Template | pg. 2 | Pricing Tables on Page 2 | Is the title of the bottom table, which reads "Model 1 Government Purchase" meant to instead read "Model 1 CO/CO"? | J-7 Attachment has been updated. |
| 45 | Attachment+J-7+Cost+Estimate+Table+Template | pg. 2 | Pricing Tables on Page 2 | Please clarify that the blue area in the top and bottom tables are where the pricing for the 3-year base period of the COCO model should be input. | J-7 Attachment has been updated. |
| 46 | Solicitation Guidance / Attachment J-1 SOW | pg. 1–2; SOW pg. 2 | Section 1; SOW Section 4 | Who is the PM? | This question is not relevant to the submission of the proposal. |
| 47 | Solicitation Guidance / Attachment J-4 | pg. 7–8; J-4 pg. 2–3 | Section 3.2.2; J-4 Section 1.2 | Can you elaborate on the requirement to put two FEUs on what vessel? Will proposals for 2 vessels with one FEU each be considered? | Refer to Attachment J-4, section 1.2.1., which states that a "Payload deck is capable of integrating two (2) Forty-Foot Equivalent Units (FEUs) that weigh 36.3 MT each and continuously consume 75 kW each (72.6 MT and 150 kW total)." |
| 48 | Attachment J-4 | J-4 pg. 2 | Section 1.2.1.2–1.2.1.4 | Are the two FEU payload positions intended to operate independently (power, data, mission function), or is there an expectation of integrated/linked payload operation? | All required GFE, including payload deck requirements and interior equipment reservations, is defined in J-4 Attachment. |

| | | | | | |
|---|---|---|---|---|---|
| 49 | Solicitation Guidance / Attachment J-1 SOW / Attachment J-5 Test Plan | pg. 11–12; SOW pg. 4; J-5 pg. 2–3 | Section 3.2.4 and 4.1; SOW 7.1–7.2; Test Plan 2.1–2.2 | For the MUSV Test Event, how does the Government define “representative” with respect to the test asset? In particular, which subsystems or performance characteristics must match the proposed production MUSV, and which may differ without impacting evaluation? | Test vessel must be able to perform the test plan defined in the J-5 Attachment.<br><br>Section 7 of the J-1 Attachment discusses the approval process for test USVs. |
| 50 | Solicitation Guidance / Attachment J-5 Test Plan / Attachment J-1 SOW | pg. 7–9; J-5 pg. 6, 18–26; SOW pg. 1, 4 | Section 3.2.2; Test Plan 5.1, 5.2; SOW 7.1 | How should offerors interpret COLREGS compliance requirements under RF emission control conditions, particularly when active, COLREGS required sensors (e.g., radar) are disabled? Are there different expectations for day vs night operations? | The vessel is expected to comply with COLREGs during daytime and nighttime operations under restricted and unrestricted RF Emissions controls |
| 51 | Solicitation Guidance / Attachment J-5 Test Plan | pg. 7–9, 11; J-5 pg. 3 | Section 3.2.2 and 3.2.4; Test Plan 2.2 | Are there any constraints or preferences regarding vessel dimensions (length, beam, draft), transportability, or port compatibility? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 52 | Attachment J-4 | J-4 pg. 3 | Section 1.2.1.6, Table 2, Figure 1 | Can you validate the 85.52" high CG parameter for the payload? (context: CG is ~7ft high, FEU container is only 8.5ft high) | All required GFE, including payload deck requirements and interior equipment reservations, is defined in J-4 Attachment. |
| 53 | Solicitation Guidance / Attachment J-4 | pg. 7–8; J-4 pg. 2–3 | Section 3.2.2; J-4 Sections 1.2.1, 1.2.1.2, 1.2.1.6 | Please confirm our understanding that: | |
| 53.A | | | | *(1) 36.3 MT per FEU represents a structural/payload capacity requirement. If so, what speed/range do you expect at 36.3 MT?* | The 36.3 MT load does not specify a speed or range requirement. |
| 53.B | | | | *(2) 25 MT represents the performance condition for range/speed requirements* | Solicitation Guidance 3.2.2 defines the Threshold requirements for carrying 25 MT. |
| 53.C | | | | *(3) 150 kW payload power supports two FEUs (75 kW each) as a threshold requirement* | Per J-4 Attachment 1.2.1 defines the electrical requirements. |
| 53.D | | | | *(4) 250 kW payload power is a desired attribute for increased capability* | Solicitation Guidance per Section 3.2.2 defines the desired attributes for 250 kW power. |
| 54 | Solicitation Guidance / Attachment J-4 / Attachment J-1 SOW | pg. 7–9; J-4 pg. 2; SOW pg. 4–5 | Section 3.2.2; J-4 Section 1.2.1; SOW Section 7 | Are there any Government expectations or constraints regarding the logistics of loading and unloading FEU payloads, including assumptions around port infrastructure, crane availability, mooring conditions, or at-sea transfer operations? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 54 | Solicitation Guidance | 11, 12 | (Criteria 3 Paragraph 3.2.4.3 and Criteria 4 paragraphs 4.1, 1 and 2) | Solicitation guidance references “representative” test assets (Criteria 3 Paragraph 3.2.4.3 and Criteria 4 paragraphs 4.1, 1 and 2) and J-5, section 3.2. We will have representative assets, but the guidance on disclosing assets is confusing. Small vessels in US waters do not generally require IMO numbers except for some specific categories. We have a rotating pool of small test asset platforms, none of which require an IMO number. Is a state registration number acceptable in case we use a vessel not requiring and IMO number for the small asset? When is the information on the small asset required, given we may have different ones available at different times? | Please refer to Section 3.2.4 item 4 in the Solicitation Guidance.<br>State registration number is acceptable for the small contacts when an IMO number is not available. |
| 55 | Solicitation Guidance | 7 | 3.2.2 | MUSV Threshold Requirements #3 states “*Autonomous Performance: capable of fully autonomous operations both day and night in varying weather conditions complying with COLREGs, can prescribe keep out and keep in zones, and perform **pre-defined behaviors**.*”, can the government further describe what is meant by “***pre-defined behaviors***”? We have many pre-defined behaviors but is there a preferred set of behaviors the government desires to observe? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 56 | Attachment J-5 | 4, 18, 36, 38, 47 | Tables 1, 5, 6, 10, 12, and 17 | Criteria indicates “To be provided at a later time.” What is the government target date for this data? | The Government does not plan to provide this information prior to the date for proposal submission. The "to be provided at a later date" information is not necessary for the submission of a proposal. This data will be provided at the time of agreement award. |
| 57 | Solicitation Guidance | 7,8 | 3.2.2 | Beyond the Test Event, does the Navy intend to mandate a specific C2 system for Production or should Industry plan to utilize their own? | This question is not relevant to the submission of the proposal. Questions regarding follow-on production may be addressed at a later date. |
| 58 | Solicitation Guidance | 5 | 3.1.3 | Solicitation Guidance directs the use of 12pt Times New Roman font. Would the Government permit the use of 10pt Times New Roman font for all tables [specifically the Cost Estimate Tables provided in Attachment J-7? | No. |
| 59 | Solicitation Guidance | 6 | 3.2.1 | The period of performance is referenced (Solicitation Guidance, Section 3.2.1, Model 1, 1.a.ii.) as base period being 3 years from award, and 1-year options for two additional years (option year 4, option year 5). With Solicitation Guidance (Section 3.2.1, Model 1, 2.) reference to "Provide the cost to purchase vessel(s) at the end of the base award and each one (1) year option." and Model 1 CO/CO tables (Attachment J-7 (pg. 2 of 3) includes only rows to price purchase vessel(s) for "Option Year 4" and "Option Year 5", where are the "end of the base award" period" vessel(s) to be priced? For all J7 Tables, there is no row for base period. | J-7 Attachment has been updated. |
| 60 | Attachment J-7 | 2 | 2 | Would the Government provide guidance for any intended difference between the Model 1 CO/CO table "FFP Purchase ($k) Vessel" column and the Model 1 Government Purchase table "FFP Purchase ($k) Vessel" column for vessel purchase prices. | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 61 | Attachment J-7 | 3 | Model 2 Table | Can the Government provide guidance for any intended difference between the Model 2 top table "Annual Recurring Autonomy ($k) License" column and the Model 2 bottom table "Annual Recurring Autonomy ($k) License" column? | Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 62 | Attachment J-5 | 4 | Table 2 | "Test Phases" shows extremely short “Planned Durations” for Phase 2. “Table 7: COLREG Runs” totals 88 discrete runs performed in 50.2 hours, which allows zero time for vessel transit and positioning between runs. Similarly, “Table 8: Safety Obstacle Avoidance Runs” totals 16 runs performed with time specified (is this a required duration per run or a time limit for both runs?). Collectively, the government’s time estimate of 3 days for Phase 2 is mathematically possible, but not realistic in execution and could impact the overall test duration as well. Are there upper bounds on Phase durations in days? | Per Attachment J-1, section 7.1. states "The Contractor shall successfully complete the MUSV Test Event and meet or exceed all test criteria in Attachment J-5 (test criteria to be provided at prototype OT award). The Contractor shall perform the MUSV<br>Test Event in accordance with Attachment J-5 MUSV test plan." |
| 63 | Attachment J-5 | 36 | Table 9 | Under 5.2.1 in the Overtaking scenario, you call out a starboard passage for the overtaking vessel. Under Rule 13 there is no preference to the side being overtaken, only that the overtaking vessel will remain clear and will continue the overtaking process until clear of the overtaken vessel.<br>The side chosen by autonomy to overtake on may, depending upon other traffic or waterway conditions, be either port or starboard.<br>Is it the intent of the government to mandate a starboard overtake, which would require modifying behaviors to always force a starboard overtake? | Vessel is allowed to pass to port during overtaking. J-5 Attachment Table 9 has been updated to reflect the change. |
| 64 | Attachment J-5 | 28 | 5.2.2 | A fathometer has traditionally meant a single beam sounder producing a single nadir spot on the ocean floor. Is it the government's intent that echosounder in this case is any sonar system that can adequately provide the bathymetry information ahead of the vessel necessary to perform the required maneuvers, such as a Forward Looking Sonar (FLS) system? | Refer to J-5 Attachment, including Table 11, which includes requirements addressing navigational safety and USV response. |
| 65 | Solicitation Guidance | 7 | 3.2.2, MUSV Desired Attribute #7 | If we load 4 TEUs and 2 are drawing 75 kW each, is it the intent that the other 2 TEUs only draw a combined 100 kW total? Or is it the desire that each connector (for example a 75 kW connector) is available for each TEU, but that the overall power requirement will be balanced by operators to ensure not exceeding 250 kW total? | Refer to J-4 Attachment, which addresses vessel requirements. Unless otherwise specified in the solicitation, all other assumptions impacting the proposal are at the discretion of the offeror. It is recommended that the contractor state its assumptions in its proposal to facilitate the Government's evaluation. |
| 66 | Solicitation Guidance | 7 | 3.2.2 MUSV Threshold Requirements #5 | MUSV Threshold Requirements #5 states that the MUSV shall be required to receive 2,000 gallons per minute of fuel through deck connections. 2,000 gallons per minute on a vessel of this size would be a difficult manual operation with a very high risk of fuel overflow due to inability to effectively sound tanks and minimal margin for error. Standard fuel fill rates on vessels of this size are in the range of 200-500 gpm. Would a lower fuel fill rate be acceptable for MUSV? Refueling at sea requires an approved NAVSEA procedure. Said procedure does not exist for MUSVs. | As per section 3.2.2-5: "Refueling: receive 2,000 gallons per minute of fuel through deck connections."<br><br>There are no additional requirements for fueling at-sea or autonomous fueling at-sea. |
| 67 | Solicitation Guidance | 7 | 3.2.2 MUSV Threshold Requirements #5 | MUSV Threshold Requirements #5 states that the MUSV shall be required to receive 2,000 gallons per minute of fuel through deck connections. Is this requirement intended to be for refueling at sea operation (either astern or aside), or just to include pier-side refueling? | As per section 3.2.2-5: "Refueling: receive 2,000 gallons per minute of fuel through deck connections."<br><br>There are no additional requirements for fueling at-sea or autonomous fueling at-sea. |

| | | | | | |
|---|---|---|---|---|---|
| 68 | Solicitation Guidance | 7 | 3.2.1 Model 2: Government owned and Government operated Vessels | Will the government accept the full list of Data Right Assertions or does the Government desire a summary for the purpose of this Solicitation? If the full list is desired, will the Government permit multiple pages? | Solicitation Guidance Section 3.1.3 has been updated to clarify that J-Attachment submittals do not count toward the page count. |
| 69 | Solicitation Guidance | 5 | 3 | The Solicitation Guidance Section 3.1.3.3 required 12pt Time New Roman font. Please confirm that smaller, but readable font (of any type) is acceptable for graphics. | No. |
| 70 | Solicitation Guidance | 8 | 3.2.2 | The Solicitation Guidance Section 3.2.2 requires Attachment J-8 Placemat for Criteria 2. Section 3.2.4 also states Attachment J-8 Placemat for Criteria 4 and further states J-8 does not count against page count. Please confirm the Attachment J-8 does count against page count for Criteria 2 as well. | Solicitation Guidance has been updated to state that Attachment J-8 Placemats do not count toward the page count for either Criteria 2 or Criteria 4. |
| 71 | Solicitation Guidance | 8 | 3.2.2 | The Solicitation Guidance Section 3.2.2 states diagrams of general arrangements are encouraged. Do these diagrams count against page count? | Solicitation Guidance has been updated to state that general arrangements do not count against the 10 page count for Vessel Solution Design. |
| 72 | Attachment J-5 | 5 | Table 1 | Table 1 states that CPA(m) "To be provided at a later time" . When does the government acticipate providing those CPA's by hazard type and size? | The Government does not plan to provide this information prior to the date for proposal submission. The "to be provided at a later date" information is not necessary for the submission of a proposal. This data will be provided at the time of agreement award. |
| 73 | Attachment J-1 | 4 | 7.6.5 | To support accelerated execution timelines and early demonstration of capability, the current requirement to notify the AO and AOR no later than 21 days prior to the MUSV Test Event may introduce schedule constraints if points of contact are not designated in advance of award. | The Government will take this feedback under advisement. Identification of an AO/AOR is not necessary for proposal submission. |
| 74 | Attachment J-5 | 5 | 3.2 - Table 1 | Table 1 identifies "Large Vessels (≥50m LOA)" as a hazard category; however, corresponding test scenarios do not appear to include large vessel interactions as part of CPA testing. | Scripted test scenarios do not include an interaction with a large contact vessel, however test vessel shall maintain safe CPAs which will be provided at agreement award, listed in Table 1 of J-5 Attachment. |
| 75 | Attachment J-5 | 36 | 5.3.1 | Test procedures indicate that "a real contact of the size specified in the table will be utilized," however the applicable table is not clearly identified and does not appear to define contact vessel size or speed parameters. | Vendor may select any contact size and speed for these hazard interactions listed in Table 13 of the J-5 Attachment. |