[redacted]

# Exhibit A

**From:** Brese, Cassandra J CIV USN TEAM SUB (USA) [redacted]
**Sent:** Friday, June 12, 2026 9:02 AM
**To:** Austin Gray; Hubbard, Kevin A CIV USN TEAM SUB (USA)
**Cc:** Solicitations; Lourenco, John F CIV USN PEO USC WNYD (USA)
**Subject:** RE: MUSV N00024- 26-R-6326 Response Blue Water Autonomy Inc. (1 of 2)
**Attachments:** MUSV Debrief Blue Water.pdf

Good morning,

Please see the attached written debrief.

At this time, we are unable to provide oral debriefs but thank you for your interest in this solicitation.

v/r,

Cassie Brese

---

**From:** Austin Gray [redacted]
**Sent:** Monday, June 1, 2026 5:55 PM
**To:** Brese, Cassandra J CIV USN TEAM SUB (USA) [redacted]; Hubbard, Kevin A CIV USN TEAM SUB (USA) [redacted]
**Cc:** Solicitations [redacted]; MacRitchie, Joel R CIV USN PEO USC WNYD (USA) [redacted]; Lourenco, John F CIV USN PEO USC WNYD (USA) [redacted]
**Subject:** [Non-DoD Source] Re: MUSV N00024- 26-R-6326 Response Blue Water Autonomy Inc. (1 of 2)

MUSV Program Team,

We remain deeply committed to developing technology and building product for the MUSV marketplace and future opportunities. We'd really value your feedback on our proposal and a clear sense of where we can improve.

Could you let us know whether and when you're able to support a debrief - our preference would be for an in person meeting.

V/R,

Austin

**Austin Gray**
Co-Founder & CSO // Blue Water Autonomy
blw.ai // LinkedIn

[redacted]

**From:** Brese, Cassandra J CIV USN TEAM SUB (USA) [redacted]
**Date:** Wednesday, May 27, 2026 at 3:11 PM
**To:** Austin Gray [redacted]; Hubbard, Kevin A CIV USN TEAM SUB (USA) [redacted]
**Cc:** Solicitations [redacted]
**Subject:** RE: MUSV N00024- 26-R-6326 Response Blue Water Autonomy Inc. (1 of 2)

Good afternoon,

This email is in response to your company's proposal for the Medium Unmanned Surface Vessel (MUSV) N00024-26-R-6326 solicitation posted on SAM.gov.

The proposal for MUSV was reviewed in accordance with the criteria set forth in the Solicitation Guidance. Based on the Government's evaluation, we regret to inform you that your proposal was not selected for further consideration under this solicitation. Although your company was not selected, the Navy appreciates your interest and encourages your company to continue to respond to future announcements.

v/r,
Cassie Brese
Contracting & Agreement Officer

---

**From:** Austin Gray [redacted]
**Sent:** Friday, April 17, 2026 10:22 AM
**To:** Brese, Cassandra J CIV USN TEAM SUB (USA) [redacted]; Hubbard, Kevin A CIV USN TEAM SUB (USA) [redacted]
**Cc:** Solicitations [redacted]
**Subject:** [Non-DoD Source] MUSV N00024- 26-R-6326 Response Blue Water Autonomy Inc. (1 of 2)

Cassie,

Please find attached Blue Water's proposal for MUSV. Request acknowledgment of receipt of both emails.

V/R,

Austin

**Austin Gray**
Co-Founder & CSO // Blue Water Autonomy
blw.ai // LinkedIn