# In the United States Court of Federal Claims

BLUE WATER AUTONOMY, INC., *et al.*,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant,*

and

HII UNMANNED SYSTEMS, INC., *et al.*,

*Defendant-Intervenors.*

Nos. 26-936, 26-944
(Filed: September 14, 2026)

**ORDER**

In advance of the oral argument scheduled in this matter for September 17, 2026, the parties are advised of the following procedural expectations. The oral argument will be conducted in two parts. First, the Court will hear argument on the Government's Motion to Dismiss (ECF 75). The Government shall present its argument first. Then, the Court will permit Plaintiffs to respond with Plaintiff Blue Water Autonomy first, followed by Plaintiff Saildrone.

For the second part, the Court will hear argument on the parties' respective Motions for Judgment on the Administrative Record (ECF 76; ECF 77; ECF 83; ECF 85; ECF 87). The parties shall be prepared to present argument in the following order: Plaintiff Blue Water Autonomy; Plaintiff Saildrone; the Government; the Defendant-Intervenors. In terms of content, the parties are encouraged to avoid presenting duplicative arguments.

A party should not present a visual aid (i.e., a party-created visual aid that is not in the administrative record) at the hearing unless the party wishing to present it has circulated it to all other parties and provided it to the Court via email to Hadji_Chambers@cfc.uscourts.gov by September 16, 2026, at 5:00 PM ET. Parties intending to discuss documents in the administrative record at length are encouraged to display the relevant documents. Logistically, parties may utilize the document camera (Elmo) at the lectern, or the HDMI connection for laptops at the lectern or at the counsel tables.

**IT IS SO ORDERED.**

/s/ Philip S. Hadji
Philip S. Hadji
Judge