# In the United States Court of Federal Claims

**BID PROTEST**

(Filed: October 6, 2026)

| | |
|---|---|
| **BLUE WATER AUTONOMY, INC., *et al.*,**<br>*Plaintiffs,*<br>v.<br>**THE UNITED STATES,**<br>*Defendant,*<br>and<br>**HII UNMANNED SYSTEMS, INC., *et al.*,**<br>*Defendant-Intervenors.* | Case Nos. 26-936, 26-944<br><br>Judge Philip S. Hadji |

**PLAINTIFFS' UNOPPOSED NOTICE OF AWARDS OF PRODUCTION CONTRACTS**

Plaintiffs, Blue Water Autonomy, Inc., and Saildrone, Inc., respectfully submit this notice attaching a September 29, 2026 press release issued by the Department of the Navy ("Navy") announcing the award of three Medium Unmanned Surface Vessel ("MUSV") follow-on production contracts to Saronic Technologies ("Saronic"), Galliano Marine Services, LLC ("Galliano"), and HII Unmanned Systems ("HII") for the "procurement" of 30 MUSVs. Ex. 1 (Press Release, U.S. Navy, *Navy to Procure 30 Medium Unmanned Surface Vessels Following Completion of Phase I At-Sea Testing* (Sept. 29, 2026), available at: https://www.navy.mil/Press-Office/Press-Releases/display-pressreleases/Article/4614159/navy-to-procure-30-medium-unmanned-surface-vessels-following-completion-of-phas/ (last accessed Sept. 30, 2026)). Thus, the Navy has obligated $1.2 billion of MUSV funds, of the $2.1 billion initially available, to these three OTA procurement contracts. The press release is relevant to the parties' briefing on the

Government's motion to dismiss—and confirms this Court's jurisdiction—and may be properly considered by the Court when deciding the Government's motion to dismiss. *Cedars-Sinai Med. Ctr. v. Watkins*, 11 F.3d 1573, 1584 (Fed. Cir. 1993) ("In establishing the predicate jurisdictional facts, a court is not restricted to the face of the pleadings, but may review evidence extrinsic to the pleadings").

On October 1, 2026, Plaintiffs' counsel contacted counsel for the United States and were advised that Defendant does not oppose this motion and reserves the right to respond.

Dated: October 6, 2026

Respectfully submitted,

*s/ Alexander O. Canizares*
Alexander O. Canizares
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6581
Facsimile: (202) 639-6604
Email: acanizares@velaw.com

*Lead Attorney for Plaintiff*
*Blue Water Autonomy, Inc.*

*Of Counsel:*
Tyler E. Robinson
Christopher M. O'Brien
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
Email: trobinson@velaw.com
Email: cobrien@velaw.com

*s/_Laura M. King*
SELENDY GAY PLLC
Faith E. Gay
Laura M. King
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lking@selendygay.com

NICHOLS LAW PLLC
Carla Weiss
655 15th Street NW, Suite 425

Washington, DC 20005
Tel: 202-846-9800
cweiss@nicholslaw.com

*Counsel for Plaintiff Saildrone, Inc.*