# Exhibit 1

AMERICA'S NAVY

# Navy to Procure 30 Medium Unmanned Surface Vessels Following Completion of Phase I At-Sea Testing

29 Sep 2026

**WASHINGTON, D.C.** — Today, the U.S. Navy announced its plans to procure 30 Medium Unmanned Surface Vessels following the completion of Phase I at-sea testing marking a key milestone for the program and demonstrating the Department's commitment to deliver asymmetric capability to Fleet warfighters to counter evolving threats.

Production Other Transaction Authority (OTA) agreements were awarded to Galliano Marine Services, HII, and Saronic Technologies following successful at sea testing. Each agreement includes the procurement of 10 MUSVs, at an average procurement cost of $40,000,000 per vessel. The first MUSVs are scheduled to be delivered to the Navy prior to the end of Fiscal Year 2027.

In addition to the OTA agreements, Leidos, PAC MAR, and Sea Machines were determined to complete the project provided for in their prototype other transaction agreement and will receive a $15 million award as part of the previously established terms of the prototype OTs, and alongside the OT awardees, will be accepted onto the Drones.mil hosted Maritime Marketplace, where they are now eligible to receive follow-on production agreements from authorized acquisition authorities across the DOW.

“Our warfighters don't have time to wait on bureaucracy while our adversaries pace forward," said Acting Secretary of the Navy Hung Cao. "Our message to the defense industrial base is simple: build fast, deliver on time, and match the urgency of the threat. This MUSV award is a prime example of how we are streamlining acquisitions to ensure our Sailors and Marines have the capabilities they need to fight, win, and come home safe."

Testing evaluated, among other things, core capabilities including the vessel's ability to see and understand the surrounding maritime environment, how well the vessels navigate autonomously according to International Regulations for Preventing Collisions at Sea, and the vessel's ability to conduct a long-duration mission.

Building on these results, the Navy released a MUSV Phase II Integration and Testing Call for Solutions (CFS) on September 23. The CFS seeks to expand its acquisition pipeline through a Maritime Marketplace to broaden offerings and satisfy future MUSV mission sets.

"MUSVs are an important part of the hedge strategy laid out in our U.S. Navy Fighting Instructions. They give commanders a Tailored Offset — additional capacity and capability that can be rapidly adapted to the threat, distributed across the battlespace, and placed at risk without placing Sailors at unnecessary risk," said the Chief of Naval Operations. "Just as importantly, MUSVs give us a platform for rapidly integrating new sensors, weapons, and other mission payloads as technology and operational requirements change. This is about moving beyond experimentation and putting reliable, combat-relevant capability into the hands of our Sailors at the speed the Fleet requires."

The Direct Reporting Program Manager for Robotic and Autonomous Systems (DRPM RAS) will play a central role in accelerating the fielding and integration of MUSVs across the Fleet, ensuring these systems move rapidly from development into operational use. Working closely with the Robotic and Autonomous Systems Warfighting Development Center (RASWDC), DRPM RAS will help put reliable systems in the hands of Sailors while RASWDC develops the tactics, training, and operational experience required to employ them effectively. Through the Navy's Containerized Capability Campaign, that partnership will give commanders adaptable platforms for rapidly integrating sensors, weapons, autonomous systems, and other mission payloads — allowing the Fleet to tailor capability to the mission and expand combat power at the speed the operational environment demands.

For more information on DRPM RAS unmanned programs and acquisition efforts, visit drpmras.navy.mil.