# In the United States Court of Federal Claims

**No. 26-936 C**
**Filed: October 30, 2026**

**************************************
**BLUE WATER AUTONOMY, INC.,** *
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
**Defendant,** *
*
**and** *
*
**HII UNMANNED SYSTEMS, INC., *et al*,** *
**Defendant-Intervenors.** *
**************************************

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed October 29, 2026, denying plaintiff Blue Water's motion for judgment on the administrative record and granting defendant and defendant-intervenor Leidos Inc.'s cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor Leidos, Inc.

Lisa L. Reyes
Clerk of Court

By: s/ Ashley Reams
Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Effective December 1, 2023, the appeals filing fee is $605.00.